IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| LAN LE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-1538 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 29, 2014. The parties have not filed objections to the Report and Recommendation. Based upon a <u>de novo</u> review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that Plaintiff Lan Le's Motion for Summary Judgment is DENIED and Defendant Carolyn W. Colvin's Cross-Motion for Summary Judgment is GRANTED, and this case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 3, 2014